UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WILLIAM F. DYE,

Plaintiff,

v.

CIVIL NO. 00-1397 (JRT/JMM)

ORDER

PETE BJURSTROM,
E. ROBERT ELKINS, and
JEFFREY L. PETERSON,

Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff shall make effective service of the Summons and Complaint on each Defendant on or before October 13, 2000. If service is not made by that date, it will be recommended that the Complaint be dismissed without prejudice.

Dated: September 11, 2000

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

Federal Rule of Civil Procedure 4(e) provides that service in a federal district court may be effected pursuant to the laws of the state in which the court is located. Plaintiff attempted service under Minnesota Rule of Civil Procedure 4.05, which provides that service "may be made by mailing a copy of the summons and of the complaint (by first-

FILED SEP 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

class mail, postage prepaid) to the person to be served, together with two copies of a notice and acknowledgment conforming substantially to Form 22 and a return envelope, postage prepaid, addressed to the sender."

In this case, Plaintiff served the Summons and Complaint on Defendants by certified mail. Defendants have indicated to the Court by letter [Docket Nos. 3, 4] that they will not respond to the Complaint because the documents served by Plaintiff did not include two copies of a notice and acknowledgment and a return envelope. Minnesota Rule 4.05 explicitly states that if acknowledgment of service is not received by the sender within twenty days, "service shall be ineffectual." The Eighth Circuit has held that service by certified mail is not sufficient, and that the formal requirements of Rule 4.05 must be met in order for service by mail to be effective. Gulley v. Mayo Foundation, 886 F.2d 161 (8th Cir. 1989).

Pursuant to Fed. R. Civ. P. 4(m), where service of a Complaint has been ineffective, the Court must dismiss Plaintiff's Complaint without prejudice or direct that service be effected within a specified time. We have afforded to Plaintiff one additional month to effect service.

J.M.M.